# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| In re: <br><br> LLOYD E. MITCHELL, INC., <br><br>    Debtor. | |
| NICHOLL CLAIMANTS, <br><br>    Appellants-Respondents, <br><br> v. <br><br> MARYLAND CASUALTY CO., THE TRAVELERS INDEMNITY CO., THE LAW OFFICES OF PETER G. ANGELOS, P.C., and LLOYD E. MITCHELL, INC., <br><br>    Appellees-Movants. | Nos. 14-1327, 14-1423 <br><br> (District Court No. 13-01418) <br><br> (Bankruptcy Court No. 06-13250) |

## RESPONSE OF MARYLAND CASUALTY COMPANY TO
## THE ANGELOS CLAIMANTS' MOTION TO EXPEDITE APPEAL

Appellee and Cross-Appellee Maryland Casualty Company has reviewed the "Motion Of The Angelos Claimants To Expedite Appeal" (Dkt. No. 12 in Case No. 14-1423), and hereby advises the Court that Maryland Casualty does not object to the relief sought by the Angelos Claimants therein.

[signature block appears on next page]

- 2 -

DATED:  May 7, 2014                    Respectfully submitted,

               /s/ *Leslie A. Davis*
              Mark D. Plevin
              Leslie A. Davis
              CROWELL & MORING LLP
              1001 Pennsylvania Avenue, N.W.
              Washington, D.C.  20004
              Telephone:  (202) 624-2500
              Facsimile:    (202) 628-5116

              *Attorneys for Maryland Casualty Company*