UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| In re:<br><br>LLOYD E. MITCHELL, INC.,<br><br>    Debtor.<br><br>NICHOLL CLAIMANTS,<br><br>    Appellants-Respondents,<br><br>v.<br><br>MARYLAND CASUALTY CO., THE TRAVELERS INDEMNITY CO., THE LAW OFFICES OF PETER G. ANGELOS, P.C., and LLOYD E. MITCHELL, INC.,<br><br>    Appellees-Movants. | Nos. 14-1327, 14-1423<br><br>(District Court No. 13-01418-WDQ)<br><br>(Bankruptcy Court No. 06-13250) |

### RESPONSE OF THE TRAVELERS INDEMNITY COMPANY TO THE ANGELOS CLAIMANTS' MOTION TO EXPEDITE APPEAL

In response to the Clerk's Notice [Dkt. No. 24] dated May 7, 2014 requiring responses to the Motion Of The Angelos Claimants To Expedite Appeal [Dkt. No. 12], Appellee and Cross-Appellee The Travelers Indemnity Company ("Travelers") submits this response by which it takes no position regarding the Motion to Expedite. Travelers, however, reserves all rights to oppose on the merits the arguments raised by Appellants and Cross-Appellants in their appeal.

Dated: May 15, 2014

By: /s/ David J. Woll
SIMPSON THACHER & BARTLETT LLP
David J. Woll
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
email: dwoll@stblaw.com

/s/ Richard M. Goldberg
SHAPIRO SHER GUINOT & SANDLER
Richard M. Goldberg
36 South Charles Street, Suite 2000
Baltimore, MD 21201
Telephone: (410) 485-4274
Facsimile: (410) 539-7611
email: rmg@shapirosher.com

*Attorneys for Appellee and Cross-Appellee
The Travelers Indemnity Company*

# CERTIFICATE OF SERVICE

I certify that on  May 15, 2014      the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

s/ David J. Woll
_____
Signature

05/15/2014
_____
Date