Filed: May 23, 2014

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

ACCELERATED BRIEFING ORDER
CIVIL CROSS APPEAL

_____

No.   14-1327 (L),    Lloyd E. Mitchell Incorporated v. Nicholl Claimants
1:13-cv-01418-WDQ, 1:06-bk-13250

Nicholl Claimants shall be considered the appellant for the purposes of this accelerated briefing schedule. Briefing shall proceed on the following schedule:

Appendix due: 06/23/14 – Nicholl Claimants

Opening brief due: 06/23/2014 – Nicholl Claimants

Opening/response brief due: 07/14/2014 – Angelos Claimants
Response brief due: 07/14/14 – Maryland Casualty Company, Travelers Indemnity Company and Lloyd E. Mitchell, Inc.

Response/reply brief due: 08/08/2014 – Nicholl Claimants
Response brief due: 08/08/14 – Maryland Casualty Company, Travelers Indemnity Company and Lloyd E. Mitchell, Inc.

Reply brief permitted within 7 days of service of response/reply brief – Angelos Claimants

The briefs and appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

If a case has not been scheduled for a mediation conference, but counsel believes such a conference would be beneficial, counsel should contact the Office of the Circuit Mediator directly at 843-521-4022, and a mediation conference will be

scheduled. In such a case, the reason for scheduling the conference will be kept confidential.

Failure to file an opening brief within the scheduled time will lead to dismissal of the case pursuant to Local Rule 45 for failure to prosecute; failure to file a response brief will result in loss of the right to be heard at oral argument and may lead to imposition of sanctions if counsel has failed to comply with the court's directives. The court discourages motions for extension of time and grants extensions of the briefing schedule only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c). If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.

Pursuant to Local Rule 34(a), the court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument. If a case is selected for the oral argument calendar, counsel will receive notice that the case has been tentatively calendared for a specific court session approximately two month in advance of the session.

/s/ PATRICIA S. CONNOR, CLERK
By: Sue Ellen Nagle, Deputy Clerk