FILED: May 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1327 (L)
(1:13-cv-01418-WDQ)
(1:06-bk-13250)

_____

In re: LLOYD E. MITCHELL INCORPORATED,

      Debtor.

-------------------------------

NICHOLL CLAIMANTS,

      Respondent – Appellant,

   v.

MARYLAND CASUALTY COMPANY; THE TRAVELERS INDEMNITY COMPANY; LAW OFFICES OF PETER G. ANGELOS; LLOYD E. MITCHELL INCORPORATED,

      Movants – Appellees.

_____

No. 14-1423
(1:13-cv-01418-WDQ)
(1:06-bk-13250)

_____

In re: LLOYD E. MITCHELL INCORPORATED,

Debtor.

------------------------------

NICHOLL CLAIMANTS,

       Respondent – Appellee,

  v.

MARYLAND CASUALTY COMPANY; THE TRAVELERS INDEMNITY COMPANY,

       Movants – Appellees,

and

ANGELOS CLAIMANTS; THE LAW OFFICES OF PETER G. ANGELOS,

       Movants – Appellants,

 and

LLOYD E. MITCHELL INCORPORATED,

       Movant.

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to expedite appeal, which the court construes as a motion to accelerate case processing and to submit the case on the briefs, the clerk is directed to establish an accelerated briefing schedule.

The court defers consideration of the motion to submit on the briefs, pending the filing of the briefs.

                                              For the Court--By Direction

                                              <u>/s/ Patricia S. Connor, Clerk</u>